BEFORE THE THIRD DIVISION, JANUARY 28, 1963

**No. 67382.**—R E A Express *v.* United States, protest 62/4888 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 67383.**—M. S. Cowen Co. *v.* United States, protest 279716–K (Seattle).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 CCPA 163, C.A.D. 751), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JANUARY 30, 1963

**No. 67384.**—New York Merchandise Co., Inc. *v.* United States, protest 62/4408 (Portland, Oreg.).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67385.**—Transamerican Match Corporation *v.* United States, protest 62/14296 (Galveston).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 30, 1963

**No. 67386.**—Universal Builders Supply Co., Inc. *v.* United States, protests 295690–K, 295692–K, and 316074–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

No. 67387.—Universal Builders Supply Co., Inc. *v.* United States, protest 59/9468(A) (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.*, v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

No. 67388.—C. Tennant, Sons & Co. of N.Y. *v.* United States, protest 61/167 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of tungsten metal scrap within the purview of Public Law 869, the claim of the plaintiff was sustained.

No. 67389.—American Express Company *v.* United States, protest 59/25764–10641 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of one central bronze double door, two bronze single doors, and four bronze panels, and marble with inlay work including mosaic panels representing the "Last Supper" and the "Twelve Apostles" similar in all material respects to those the subject of *United States* v. *Greek Orthodox Church of Evangelismos* (45 CCPA 35, C.A.D. 792), the claim of the plaintiff was sustained.